United States District Court
Southern District of Texas
**ENTERED**
July 10, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAYLA WHEATON | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-4335 |
| | § | |
| SPRING BRANCH ISD. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion for to Dismiss (Doc. No. 12); Plaintiff's response (Doc. No. 16); Defendant's reply (Doc. No. 17); Judge Ho's Memorandum and Recommendation (Doc. No. 20); and Plaintiff's Objections (Doc. No. 21) to the Memorandum and Recommendation.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 21) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 20) is **ADOPTED**; and Spring Branch ISD's Motion to Dismiss (Doc. No. 21) is **GRANTED**. It is further

**ORDERED** that Plaintiff's case is **DISMISSED WITH PREJUDICE**.

Entry of this Order shall constitute entry of final judgment.

SIGNED on this _____10th_____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE